IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DOUGLAS SCHEELS,

        Appellant,

v.                                                                Case No.  5D17-2748

KENDRA SCHEELS,

        Appellee.

_____/

Opinion filed March 13, 2018

Appeal from the Circuit Court
for Seminole County,
Jessica J. Recksiedler, Judge.

Douglas Scheels, Tucson, AZ, pro se.

Heather Morcroft, Winter Park, for
Appellee.

PER CURIAM.

AFFIRMED.  See Fla. R. App. P. 9.315(a).

TORPY, WALLIS, and EISNAUGLE, J.J., concur.